IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| ANTONIA BEVERLY BARFIELD, a.k.a | : | |
| NIN SAALIHA RUQUAYYA EL | : | NO. 02-4053 |

ORDER

AND NOW, this _____ day of July, 2002, it appearing that petitioner has filed a petition in this court for Habeas Corpus relief under 28 U.S.C. §2254, and

it further appearing that this petition claims that petitioner is entitled to habeas corpus relief because of the Uniform Commercial Code, the design of the Pennsylvania state flag, a 1787 treaty between the United States and Morocco, and a United Nations Resolution on the Rights of Children, as well as other equally delusional reasons, and

it further appearing that this petition is frivolous on its face, it is hereby

ORDERED that petitioner is granted <u>provisional</u> leave forma pauperis for the purposes of <u>this Order only</u>, and, it is further

ORDERED that this civil action is DISMISSED WITH PREJUDICE as frivolous.

_____
PETRESE B. TUCKER, J.